# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| BRANDON STANLEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-30 |
| | * | |
| v. | * | |
| | * | |
| THURMAN L. HENDERSON, FNU | * | |
| BROWN, PARDON AND PAROLE | * | |
| BOARD, and HOMER BRYSON, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 8, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Accordingly, the Court **DISMISSES** Plaintiff's Complaint, without prejudice, based on his failure to exhaust administrative remedies. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this

case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this \_\_\_7\_\_\_ day of \_\_\_September\_\_\_, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA